## Case Information

DC-17-11362 | NORTH POINT OWNER'S ASSOCIATION, INC. vs. WESTERN HERITAGE INSURANCE COMPANY et al

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| DC-17-11362 | 101st District Court | WILLIAMS, STACI |
| File Date | Case Type | Case Status |
| 08/31/2017 | INSURANCE | OPEN |

## Party

**PLAINTIFF**
NORTH POINT OWNER'S ASSOCIATION, INC.

Active Attorneys ▼
Lead Attorney
PEIRCE, CHRISTOPHER
Retained

Work Phone
903-526-1772

Fax Phone
903-526-1773

**DEFENDANT**
WESTERN HERITAGE INSURANCE COMPANY

Address
C/O TEXAS COMMISSIONER OF INSURANCE
333 GUADALUPE
AUSTIN TX 78701

Active Attorneys ▼
Lead Attorney
ARNOLD, GEORGE HOWARD
Retained

Work Phone
713-403-8210

Fax Phone
713-403-8299

**DEFENDANT**
GRANTLAND, MICHAEL

Address

**EXHIBIT 1**

305 COUNTY ROAD 2036
IVANHOE TX 75447-3235

## Events and Hearings

08/31/2017 NEW CASE FILED (OCA) - CIVIL

08/31/2017 ORIGINAL PETITION ▼

ORIGINAL PETITION

09/13/2017 REQUEST FOR SERVICE ▼

REQUEST

09/15/2017 ISSUE CITATION ▼

ISSUE CITATION

Comment
9214 8901 0661 5400 0112 4530 11

09/15/2017 CITATION ▼

Anticipated Server
CERTIFIED MAIL

Anticipated Method
Actual Server
CERTIFIED MAIL

Returned
09/28/2017
Comment
CERT MAIL / BH

09/28/2017 RETURN OF SERVICE ▼

RETURN OF SERVICE

Comment
CITATION EXECUTED WESTERN HEARITAGE INSURANCE COMPANY

10/05/2017 REQUEST FOR SERVICE ▼

REQUEST

**10/05/2017 ISSUE CITATION** ▾

Comment
ESERVE

**10/11/2017 CITATION ISSUED** ▾

DC-17-11362.pdf

**10/11/2017 CITATION** ▾

Anticipated Server
ESERVE

Anticipated Method

**10/13/2017 CORRESPONDENCE - LETTER TO FILE** ▾

Refusal letter.pdf

Comment
RE:HOSSLEY & EMBRY, LLP RETURNING DOCUMENTS REGARDING WESTERN HERITAGE INSURANCE COMPANY

**10/16/2017 REQUEST FOR SERVICE** ▾

REQUEST

**10/16/2017 ISSUE CITATION** ▾

Comment
ESERVE

**10/20/2017 CITATION ISSUED** ▾

DC-17-11362.pdf

**10/20/2017 CITATION** ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
ESERVE/ACC

**10/23/2017 REQUEST FOR SERVICE** ▾

REQUEST

**10/23/2017 ISSUE CITATION COMM OF INS OR SOS**

10/25/2017 CITATION ISSUED ▼

DC1711362 COI.pdf

10/25/2017 CITATION SOS/COI/COH/HAG ▼

Anticipated Server
ESERVE

Anticipated Method
Comment
COI ESERVE RR

11/14/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Order Granting Motion for Sub Service.pdf

  Comment
  GRANTING MOTIONG FOR SUB. SERVICE

11/14/2017 MOTION - SUBSTITUTE SERVICE ▼

Motion for Sub Service Take 2.pdf

11/17/2017 MOTION HEARING ▼

Order Granting Motion for Sub Service.pdf

Motion for Sub Service Take 2.pdf

Judicial Officer
WILLIAMS, STACI

Hearing Time
1:00 PM

Comment
M-SUBSTITUTE SERVICE BY SUBMISSION ONLY

11/17/2017 ORIGINAL ANSWER - GENERAL DENIAL ▼

Western Heritage Ins. Co.'s Original Answer.pdf

11/17/2017 JURY DEMAND

11/29/2017 DISMISSAL FOR WANT OF PROSECUTION ▼

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

Judicial Officer
WILLIAMS, STACI

Hearing Time
9:00 AM

## Financial

NORTH POINT OWNER'S ASSOCIATION, INC.

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $427.00 |
| Total Payments and Credits | | | | $427.00 |
| 9/1/2017 | Transaction Assessment | | | $292.00 |
| 9/1/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 56978-2017-DCLK | NORTH POINT OWNER'S ASSOCIATION, INC. | ($292.00) |
| 9/14/2017 | Transaction Assessment | | | $112.00 |
| 9/14/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 59542-2017-DCLK | NORTH POINT OWNER'S ASSOCIATION, INC. | ($112.00) |
| 9/27/2017 | Transaction Assessment | | | $0.00 |
| 10/5/2017 | Transaction Assessment | | | $8.00 |
| 10/5/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 65456-2017-DCLK | NORTH POINT OWNER'S ASSOCIATION, INC. | ($8.00) |
| 10/19/2017 | Transaction Assessment | | | $8.00 |

| Date | | | | |
|---|---|---|---|---|
| 10/19/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 68764-2017-DCLK | NORTH POINT OWNER'S ASSOCIATION, INC. | ($8.00) |
| 10/23/2017 | Transaction Assessment | | | $12.00 |
| 10/23/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 69542-2017-DCLK | NORTH POINT OWNER'S ASSOCIATION, INC. | ($12.00) |

**WESTERN HERITAGE INSURANCE COMPANY**

| | |
|---|---|
| Total Financial Assessment | $40.00 |
| Total Payments and Credits | $40.00 |

| Date | | | | |
|---|---|---|---|---|
| 11/17/2017 | Transaction Assessment | | | $40.00 |
| 11/17/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 75443-2017-DCLK | WESTERN HERITAGE INSURANCE COMPANY | ($40.00) |

## Documents

ORIGINAL PETITION

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

REQUEST

ISSUE CITATION

RETURN OF SERVICE

REQUEST

DC-17-11362.pdf

Refusal letter.pdf

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

Case 3:17-cv-03202-D   Document 1-1   Filed 11/22/17   Page 7 of 7   PageID 18

101st Dismissal Letter - 2017
REQUEST

DC-17-11362.pdf

REQUEST

DC1711362 COI.pdf

Order Granting Motion for Sub Service.pdf

Motion for Sub Service Take 2.pdf

Western Heritage Ins. Co.'s Original Answer.pdf