IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NORTH POINT OWNER'S ASSOCIATION, INC. <br>     Plaintiff <br><br> v. <br><br> WESTERN HERITAGE INSURANCE COMPANY AND MICHAEL GRANTLAND <br>     Defendants. | § § § § § § § § § § | Civil Action No.: 3:17-CV-3202-D |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

    Plaintiff, NORTH POINT OWNER'S ASSOCIATION, INC., and Defendants, WESTERN HERITAGE INSURANCE COMPANY and MICHAEL GRANTLAND, hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, Plaintiff's claims against all Defendants are hereby dismissed with prejudice, with each party to bear its own costs.

    Respectfully submitted,

    **THOMPSON, COE, COUSINS & IRONS L.L.P**.


    By:  */s/ George H. Arnold*
         George H. Arnold
         State Bar No.  00783559
         Email: garnold@thompsoncoe.com
         Susan Sparks Usery
         State Bar No.  18880100
         Email: susery@thompsoncoe.com
         One Riverway, Suite 1400
         Houston, Texas 77056
         Telephone:  (713) 403-8210
         Facsimile:  (713) 403-8299

    - and -

OF COUNSEL:
Rhonda J. Thompson
State Bar No. 24029862
Email: rthompson@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
**ATTORNEYS FOR DEFENDANTS**

**HOSSLEY & EMBRY, LLP**

By: */s/ Christopher P. Peirce*
Jeffrey T. Embry
State Bar No. 24002052
Christopher P. Peirce
State Bar No. 24046604
HOSSLEY & EMBRY, LLP
515 S. Vine Avenue
Tyler, Texas 75702
jeff@hossleyembry.com
cpeirce@hossleyembry.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on the 17th day of August, 2018, a true and correct copy of the foregoing document was delivered to all counsel of record, via the Court's ECF notification system, in accordance with the Texas Rules of Civil Procedure:

Jeffrey T. Embry
Christopher P. Peirce
HOSSLEY & EMBRY, LLP
515 S. Vine Avenue
Tyler, Texas 75702
jeff@hossleyembry.com
cpeirce@hossleyembry.com

*/s/ George H. Arnold*
George H. Arnold